UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

　　**Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No.  8:05-cr-401-T-27TGW**

**ROBERT ANDREW DEVONSHIRE,**

　　**Defendant.**
　　　　　　　　　　　　　　　　　　/

**ORDER APPOINTING CJA COUNSEL**

　　The defendant, Robert Andrew Devonshire, having appeared before the undersigned for a hearing with respect to appointment of counsel, and the court having found that although the Defendant may be financially able to obtain adequate representation within the meaning of 18 U.S.C. § 3006A, he is presently unable to retain counsel and the court has appointed Thomas Ostrander to represent the Defendant in this case.  It is further found that since the Defendant is not per se indigent and he has certain financial resources available to him, the undersigned finds that it is in the interests of justice to require the Defendant to contribute toward the cost of his court-appointed counsel pursuant to18 U.S.C. § 3006A(f).

　　It is, therefore,

　　**ORDERED:**

　　(1) that beginning on October 1, 2005, and by the first business day of the each month through and including January 1, 2006, the Defendant shall deposit the sum of Two Hundred Fifty Dollars ($250.00)  (cash, money order, or cashier's check made payable to:

Clerk, U.S. District Court)[1] for a total of $1,000 to be credited to the Defender Services appropriation for the fiscal year in which the payment is received. 18 U.S.C. §3006A(f);

(2) in the event that the total cost of court appointed counsel is less than the amount deposited by the Defendant, the Clerk of Court shall refund the balance of the deposit to the Defendant.

**Done and Ordered** in Tampa, Florida this 30th day of September 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Stephen Muldrow, Assistant United States Attorney
Tom Ostrander, Attorney for Defendant
Defendant
Finance Clerk

---

[1] Mailed payments should reflect the Case Number and be sent to the Clerk at the United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602.